UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA

                                                 07 CR 339(SCR)

Vs

                                                 **ORDER**

Matthew Odell,

-----------------------------------------------------------

    It is hereby ordered that the submission dated August 11, 2008, from the U.S. Probation Dept. in the above mentioned case be placed under seal.

So Ordered: *Stephen C Robinson*   8/12/2008
              U.S. District Judge        Date